*Lamont, Petitioner, v. Savio et al., Respondents*, No. 91880-5. Petition for review of a decision of the Court of Appeals, No. 71465-1-I, April 6, 2015, 186 Wn. App. 1044. *Denied* November 4, 2015.

*Woods View II, LLC, Petitioner, v. Kitsap County, Respondent*, No. 91886-4. Petition for review of a decision of the Court of Appeals, No. 44404-6-II, April 14, 2015, 188 Wn. App. 1. *Denied* November 4, 2015.

*Uribe et al., Petitioners, v. Libey, Ensley & Nelson, PLLC, et al., Respondents*, No. 91928-3. Petition for review of a decision of the Court of Appeals, No. 32315-3-III, May 5, 2015, 187 Wn. App. 1025. *Denied* November 4, 2015.

*In re Guardianship of Decker*, No. 91929-1. Petition for review of a decision of the Court of Appeals, No. 45465-3-II, June 16, 2015, 188 Wn. App. 429. *Denied* November 4, 2015.

*State, Respondent, v. Skaar, Petitioner*, No. 91930-5. Petition for review of a decision of the Court of Appeals, No. 71563-1-I, June 15, 2015, 188 Wn. App. 1019. *Denied* November 4, 2015.

*State, Respondent, v. Larson, Petitioner*, No. 91931-3. Petition for review of a decision of the Court of Appeals, No. 45498-0-II, June 23, 2015, 188 Wn. App. 1028. *Denied* November 4, 2015.

*State, Respondent, v. Burich, Petitioner*, No. 91935-6. Petition for review of a decision of the Court of Appeals, No. 45400-9-II, June 4, 2015, 188 Wn. App. 1003. *Denied* November 4, 2015.

*State, Respondent, v. Reid, Petitioner*, No. 91936-4. Petition for review of a decision of the Court of Appeals, No. 31896-6-III, February 12, 2015, 185 Wn. App. 1054. *Denied* November 4, 2015.